Frank E. Mitchell, Appellant, v. Ludolf G. Schroeder, Respondent.—Order affirmed, with ten dollars costs and disbursements, for the reasons stated by Mr. Justice Lehman at the Appellate Term. (Reported in 94

Misc. Rep. 270.) Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.